UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARNULFO RIVERA MEZA,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____/

No. C 09-1402 PJH

**ORDER RE: CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

Plaintiff filed this social security appeal on March 31, 2009, and on April 3, 2009, filed notice of his consent to proceed before a magistrate judge. The court requests defendant to consider whether he, too, would consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including the entry of final judgment. Defendant should file and serve his response **no later than April 30, 2009.**

    **IT IS SO ORDERED.**

Dated: April 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge