1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131
besshelena@earthlink.net

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNULFO RIVERA MEZA** | Case No. C09-1402 ~~PJH~~ EDL |
| Plaintiff, | ~~[PROPOSED]~~ STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended until June 30, 2010, with defendant's response due July 30, 2010. This extension of time is required due to plaintiff's counsel's inadvertent failure to calendar and file Mr. Meza's summary judgment motion. *See*, Declaration of Bess M. Brewer set forth below

/ / /

/ / /

/ / /

1

| | |
|---|---|
| Dated: May 28, 2010 | *s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: June 2, 2010 | |
| | United States Attorney |
| | /s/ *Armand D. Roth*<br>ARMAND D. ROTH<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

## DECLARATION OF BESS M. BREWER

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1.    I represent the plaintiff, Mr. Meza, in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file his motion for summary judgment.

2.    Opposing Counsel contacted me today and apprised me of the fact that Mr. Meza's summary judgment motion was long over due. Upon investigation, I realized that I had inadvertently failed to calender Mr. Meza's summary judgement. Due to my extremely busy briefing schedule, I need until June 30, 2010, to file Mr. Meza's Summary Judgment and Memorandum.

3.    Opposing Counsel does not object to the late filing.

3.    The granting of this stipulated request will not have an appreciable effect on the briefing of this case.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on May 28, 2010, in Sacramento, California.

    /s/ Bess M. Brewer
    BESS M. BREWER

2

**ORDER**

APPROVED AND SO ORDERED.

DATED:                              ~~PHYLIS J. HAMILTON~~ ELIZABETH D. LAPORTE
U.S. ~~DISTRICT COURT~~ MAGISTRATE JUDGE